Argued April 28, affirmed May 16, 1977

In the Matter of the Dissolution of the Marriage of
SOUTH, *Appellant,*
*and*
SOUTH, *Respondent.*
(No. D 76-02-02588, CA 7233)

563 P2d 771

Charles V. Elliott, Portland, argued the cause for appellant. With him on the brief was Elliott & Andrews, Portland.

Clifford W. Powers, Portland, argued the cause for respondent. With him on the brief was Powers & McCulloch, Portland.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed. *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, Sup Ct *review denied* (1974). Costs to respondent.